UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL A. RANKIN,

                        Plaintiff,

                                                                **ORDER**
            v.                                              09-CV-974-A

CITY OF NIAGARA FALLS,
DEPARTMENT OF PUBLIC WORKS,
JOHN CASO, Department Head,
in his Official and Individual Capacity,

                        Defendants.

---

      The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy for pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1).  On April 9, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, Dkt. No. 108, recommending that the defendants' motion for summary judgment be granted.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, including objections of *pro se* plaintiff Paul A. Rankin, Dkt. Nos. 117, 119, 123, and the response of defendants, Dkt. No. 122, and it is hereby

      **ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the defendants' motion for summary judgment is granted.  The Clerk of Court shall take the steps necessary to

close the case.

**IT IS SO ORDERED.**

```
                              _____
                              ____Richard J. Arcara_____
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT
```

Dated:   March 24, 2014