UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL A. RANKIN,

                              Plaintiff,

        v.                                                **ORDER**
                                                        09-CV-974-A

CITY OF NIAGARA FALLS,
et al.,

                              Defendants.

---

      A motion by plaintiff Paul A. Rankin to proceed on appeal *in forma pauperis* ("IFP") is before the Court upon transfer from the United States Court of Appeals for the Second Circuit.  *See* Dkt. No. 14-1364, 32-1 (2d Cir. Aug. 18, 2014).  The Court has reviewed the affidavit of plaintiff Rankin in support of his application to proceed with IFP status.  Dkt. No. 14-1364, 32-2, pp. 2-7 (2d Cir. Aug. 18, 2014).  The Court finds the statement of assets of plaintiff in his affidavit sufficiently establishes plaintiff is unable to pay the fees for appeal, or to provide security for those fees, and the Court therefore grants plaintiff's motion for IFP status pursuant to Fed. R. App. P. 24(a)(1).  The Clerk is directed to notify the Clerk of the United States Court of Appeals for the Second Circuit of the grant of the transferred motion for IFP status.

      **SO ORDERED.**

S/__*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   September 16, 2014